UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NEIL ZLOZOWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19CV00162 SNLJ |
| | ) | |
| ZIMMER RADIO OF MID-MISSOURI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The undersigned U. S. District Judge recuses himself in this matter.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

Dated this 22nd day of October, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE